NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-1058

GREGORY W. BARAN, M.D.,

Plaintiff-Appellant,

v.

MEDICAL DEVICE TECHNOLOGIES, INC.,

Defendant-Appellee,

and

AMT SVERIGE, AB (formerly known as AMEDIC) and ASCENDIA AB,

Defendants-Appellees,

and

GEDON AB and ANDERS H. WEILANDT,

Defendants-Appellees.

Appeal from the United States District Court for the Northern District of Ohio in case no. 04-CV-1251, Judge Kathleen O'Malley.

ON MOTION

ORDER

Upon consideration of Medical Device Technologies, Inc.'s unopposed motion to have the United States District Court for the Northern District of Ohio transmit to this court "Exhibit I to Exhibit 1, Affidavit of Monica L. Thompson, at Docket Entry No. 164-11 and Exhibit J to Exhibit 1 at Docket Entry No. 164-12,"

IT IS ORDERED THAT:

(1)     The motion to transmit the physical exhibits is granted.  The physical exhibits will be retained by this court's clerk's office.

(2)     A copy of this order shall be transmitted to the merits panel assigned to hear this case.

FOR THE COURT

MAR 0 9 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:     Steven M. Auvil, Esq.
        Douglas Q. Hahn, Esq.
        Monica L. Thompson, Esq.
s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 0 9 2010

JAN HORBALY
CLERK